IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT ANTHONY JOHNSON, #256504) )
                                                        )
    Petitioner,                                  )
v.                                                           ) CASE NO. 2:12-cv-1029-TMH
                                                  )              WO
LEON FORNISS, *et al.*,              )
                                                  )
    Respondents.                      )

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #15) filed on January 6, 2014 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #14) filed on December 20, 2013 is adopted;

3. The petition for habeas corpus relief is denied and that this case is dismissed pursuant to 28 U.S.C. § 2244(d).

4. The costs of this proceeding are taxed against the petitioner.

Done this the 14th day of January, 2014.

                                                              /s/ Truman M. Hobbs
                                                           TRUMAN M. HOBBS
                                                           SENIOR UNITED STATES DISTRICT JUDGE